UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20399 -ALTMAN
18 U.S.C. § 371
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

RICHARD WEINER,

Defendant.
_______________________________________/

FILED BY CDB01 D.C.

Sep 17, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# INFORMATION

The United States Attorney charges that:

Beginning at least as early as in or around February 2021, and continuing through in or around July 2021, in the Southern District of Florida, and a place outside the United States, including Haiti and elsewhere, the defendant,

**RICHARD WEINER,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to commit an offense against the United States, that is:

(1) to knowingly begin and set on foot, and provide and prepare a means for, and furnish the money for, and take part in, a military expedition and enterprise to be carried on from the United States against the territory and dominion of a foreign state, namely the country of Haiti, with which the United States is at peace, in violation of Title 18, United States Code, Section 960; and

(2) to fraudulently and knowingly export and send from the United States to Haiti merchandise, articles, and objects, that is, ballistic vests, contrary to laws and regulations of the United States, that is, Title 13, United States Code, Section 305 and Title 15, Code of Federal Regulations, Part 30, and receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to such laws and regulations of the United States, in violation of Title 18, United States Code, Section 554.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendant and others committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. On or about February 9, 2021, CHRISTIAN SANON sent a text message to FREDERICK JOSEPH BERGMANN, Jr. entitled: "Memorandum of Understanding for refoundation of the Republic of Haiti between personalities and leaders," which contained a document stating that CHRISTIAN SANON intended to become the President of Haiti as part of a "breakthrough transition."

2. On or about April 21, 2021, FREDERICK JOSEPH BERGMANN, Jr. travelled to the Southern District of Florida to meet with co-conspirators, including CHRISTIAN SANON, ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, WALTER VEINTEMILLA, and others regarding attempting to violently overturn the existing government of Haitian President Jovenel Moise and installing CHRISTIAN SANON as the new President of Haiti.

3. On or about April 30, 2021, South Florida company Worldwide Capital Lending Group ("Worldwide"), whose principal was WALTER VEINTEMILLA, provided CTU Federal Academy ("CTU"), another South Florida company and whose principals were ARCANGEL PRETEL ORTIZ and ANTONIO INTRIAGO, with a $175,000 line of credit to finance support for CHRISTIAN SANON.

4. On or about May 17, 2021, CHRISTIAN SANON signed a "Consultant Agreement" with CTU, whereby CTU would provide CHRISTIAN SANON and other co-conspirators with, among other things, ballistic vests for CHRISTIAN SANON's "private military" forces in Haiti.

5. On or about May 19, 2021, WALTER VEINTEMILLA and JACOB ISRAEL signed a written agreement entitled "Memorandum of Understanding," with the stated purpose of "developing of projects in Haiti . . . for the purpose of regime change."

6. On or about May 21, 2021, CHRISTIAN SANON and ANTONIO INTRIAGO smuggled a small number of the ballistic vests aboard a private flight from the Southern District of Florida to Haiti.

7. On or about June 2, 2021, **RICHARD WEINER** sent a text message to FREDERICK JOSEPH BERGMANN, Jr., and stated: "What time is the next [c]oup meeting?"

8. On or about June 2, 2021, FREDERICK JOSEPH BERGMANN, Jr. sent an email to **RICHARD WEINER** and WALTER VEINTEMILLA and stated: "Walter and Rich please meet each other. Walter[,] Rich thinks that he might be able to help. He would prefer and is able to do a face-to-face meeting today at your Miramar office."

9. On or about June 2, 2021, WALTER VEINTEMILLA, as principal of Worldwide, paid $9,145.00 to fund the travel of approximately 18 additional Colombian mercenaries to Haiti for the purpose of attempting to violently overturn the existing government of Haitian President Jovenel Moise and installing CHRISTIAN SANON as the new President of Haiti.

10. On or about June 3, 2021, WALTER VEINTEMILLA, as principal of Worldwide, wired $15,000 to JAMES SOLAGES to fund the co-conspirators' acquisition of ammunition.

11. On or about June 3, 2021, **RICHARD WEINER** sent a text message to an individual in the Southern District of Florida and stated: "They did not yet effectuate the 'peaceful' change due to curfew last night they held off until today & it is supposed to be moving forward as we speak. . . . We need experienced reliable former military & DSS type people who are already in Haiti as well as those in the diaspora who are willing to become employed by the new government and go to work in the protection and other related matters."

12. On or about June 3, 2021, FREDERICK JOSEPH BERGMANN, Jr. sent a text message to **RICHARD WEINER** in relation to recruiting "vest transporters" to smuggle ballistic vests from the Southern District of Florida to Haiti and stated: "I talked to Walter[,] they have everybody that they need so we don't have to look for anybody at this point," to which **RICHARD WEINER** replied: "Ok[,] [w]ish I knew that before I made all the effort."

13. On or about June 10, 2021, CHRISTIAN SANON, ANTONIO INTRIAGO, and FREDERICK JOSEPH BERGMANN, Jr. caused a shipping company to unlawfully export approximately 20 Level III CTU ballistic vests, for the Colombian mercenaries, from the Southern District of Florida to Haiti.

14. On or about June 11, 2021, **RICHARD WEINER** sent a text message to an individual in the Southern District of Florida and stated: "Latest they told me was the coup[']s on hold pending greater readiness. Waiting for more info."

15. On or about June 16, 2021, FREDERICK JOSEPH BERGMANN, Jr. sent a text message to **RICHARD WEINER** in relation to the planned coup and overturning the existing government of Haitian President Jovenel Moise stating: "Close," and to which **RICHARD WEINER** replied: "Pls keep me posted."

16. On or about June 21, 2021, **RICHARD WEINER** sent a text message to an individual in the Southern District of Florida soliciting assistance for the planned coup and stated: "Perhaps only some insights on your part would help before they launch the upcoming [c]hange of control. . . . . I think they are somewhat underfunded and under equipped and there will not be a negotiated settlement for existing [President Moise] to walk."

17. On or about June 22, 2021, **RICHARD WEINER** sent a text message to an individual soliciting assistance for the planned coup and overturning the existing government of Haitian President Jovenel Moise and stated: "Really appreciate your advice about [Haiti,] if you could get on a brief call with [FREDERICK JOSEPH BERGMANN, Jr.] because I think they need to understand things better and you have a deeper understanding of these types of things . . . these are my friends[,] people I care about I want them to be successful, and if they are it will also provide opportunities for me . . . I don't know if [CHRISTIAN SANON]'s equipped to pull off a coup without him [and] his followers being cut down . . . they are lacking the big boys and they're lacking the backing from Washington."

18. On or about June 24, 2021, FREDERICK JOSEPH BERGMANN, Jr. sent a text message to **RICHARD WEINER** in relation to augmenting CHRISTIAN SANON's "private military" forces in Haiti stating: "2500 people on the ground fully equipped. 1 year. . . . They must have their own tools," to which **RICHARD WEINER** replied: "I can try to find Israeli companies. . . . Pls send the RFP."

19. On or about June 28, 2021, JAMES SOLAGES flew from Haiti to the Southern District of Florida to deliver a purported Haitian immunity agreement to ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, and WALTER VEINTEMILLA.

20. On or about June 28, 2021, FREDERICK JOSEPH BERGMANN, Jr. and CHRISTIAN SANON scheduled and purchased flight tickets for JAMES SOLAGES to travel from the Southern District of Florida to Texas in order to meet with another co-conspirator and discuss the operation to violently overturn the existing government of Haitian President Jovenel Moise.

21. On or about July 1, 2021, FREDERICK JOSEPH BERGMANN, Jr. and CHRISTIAN SANON scheduled and purchased flight tickets for JAMES SOLAGES to return from the Southern District of Florida to Haiti to participate in the operation against President Moise.

22. On or about July 4, 2021, FREDERICK JOSEPH BERGMANN, Jr., JAMES SOLAGES, and CHRISTIAN SANON conducted various phone calls to discuss the operation against President Moise.

23. On or about July 7, 2021, JAMES SOLAGES, JOSEPH VINCENT, the 20 Colombian mercenaries, and other conspirators travelled in a convoy of vehicles to President Moise's residence to conduct the operation and assassinated President Moise.

24. On or about July 7, 2021, FREDERICK JOSEPH BERGMANN, Jr., upon learning from CHRISTIAN SANON that President Moise had been assassinated, sent a text message to **RICHARD WEINER** stating: "It's happened...Battle right now."

25. On or about July 8, 2021, **RICHARD WEINER**, upon learning that the 20 Colombian mercenaries, JAMES SOLAGES, and JOSEPH VINCENT, had been captured and surrounded by Haitian law enforcement, sent a text message to FREDERICK JOSEPH BERGMANN, Jr., stating: "I'm standing by to receive and present your narrative."

All in violation of Title 18, United States Code, Section 371.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **RICHARD WEINER** has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 371 as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

for
SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** 26-CR-20399- ALTMAN

**v.**

RICHARD WEINER,

_______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants ______
Total Number of New Counts ______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______
4. This case will take 0 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______ Case No. ______
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ______ Magistrate Case No. ______
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Jacqueline Beccera Case No. 22-CR-20104-JB(s)(s)(s)(s)(s)
9. Defendant(s) in federal custody as of ______
10. Defendant(s) in state custody as of ______
11. Rule 20 from the ______ District of ______
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: ______________________
SEAN T. MCLAUGHLIN
Assistant United States Attorney
SDFL Court ID No. A5501121

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **RICHARD WEINER**

**Case No**: 26-CR-20399- ALTMAN

Count #: 1

Conspiracy to Commit Offenses Against the United States

Title 18, United States Code, Section 371

*** Max. Term of Imprisonment: 5 Years' Imprisonment**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 Years**
*** Max. Fine: $250,000.00**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**